# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRIANGLE INSURANCE COMPANY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:21-cv-1190-JWB-ADM |
| | ) |
| SKYLAND GRAIN, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF INTENT TO ISSUE
## <u>BUSINESS RECORD SUBPOENA</u>

Please take notice that plaintiff, by and through its counsel of record, intends to issue the following Business Records Subpoena to the following non-parties:

1. Total Crop Care, LLC
   Meyer Ag, LLC
   c/o Travis Meyer
   218 N. Jackson Street
   Hugoton, KS 67951

If defendant makes no objection to the issuance within seven (7) days of the date of this notice, counsel for plaintiff will issue the same.

Respectfully submitted,

MARTIN, PRINGLE, OLIVER,
 WALLACE & BAUER, L.L.P.

*s/ Greg A. Drumright*
Greg A. Drumright, #20743
Samuel P. Heaney, #26399
645 E. Douglas, Suite 100
Wichita, Kansas 67202
Telephone: (316) 265-9311
Facsimile:  (316) 265-2955
gadrumright@martinpringle.com
spheaney@martinpringle.com
*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record:

Larry G. Michel
Klint A. Spiller
KENNEDY BERKLEY YARNEVICH & WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
lmichel@kenberk.com
kspiller@kenberk.com
*Attorneys for Defendant Skyland Grain, LLC*

                *s/ Greg A. Drumright*
                Greg A. Drumright

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRIANGLE INSURANCE COMPANY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:21-cv-1190-JWB-ADM |
| SKYLAND GRAIN, LLC, | ) ) ) |
| Defendant. | ) ) ) |

### BUSINESS RECORD SUBPOENA

TO:  Total Crop Care, LLC
 Meyer Ag, LLC
 c/o Travis Meyer
 218 N. Jackson Street
 Hugoton, KS 67951

You are commanded to produce the records listed below before Greg A. Drumright, at Martin, Pringle, Oliver, Wallace & Bauer, L.L.P, 645 E. Douglas Avenue, Suite 100, Wichita, Kansas, 67202, within fourteen (14) days after receipt of this subpoena. Failure to comply with this subpoena may be deemed as contempt of the court.

### RECORDS TO BE PRODUCED:

All documents in the possession, custody or control of Total Crop Care, LLC ("TCC") or Meyer Ag, LLC ("Meyer Ag") relating to:

1) **All documents evidencing the owner of the crops that were delivered to Skyland Grain, LLC ("Skyland") by Meyer Ag from September 2020 through January 2021, including, but not limited to, any deeds, leases, agreements, or crop insurance records for tracts of farmland or fields where the crops originated;**

1

2) **Crop Acreage Reports regarding or referencing the crops delivered to Skyland by Meyer Ag from September 2020 through January 2021, including all supporting documents filed in connection therewith;**

3) **All documents evidencing the locations of the farm, ranch, or tract of land where the crops that were delivered to Skyland by Meyer Ag in September 2020 through January 2021 originated, including, but not limited to, FSA maps, field locations/numbers, and approximate crop boundaries;**

4) **All documents regarding the planting dates and producer shares for the crops that were delivered to Skyland by Meyer Ag from September 2020 through January 2021.**

You may make written objection to the production of any or all of the records listed above by serving such written objection upon: Greg A. Drumright, attorney, at Martin, Pringle, Oliver, Wallace & Bauer, L.L.P, 645 E. Douglas Avenue, Suite 100, Wichita, Kansas, 67202, within 14 days after service of this subpoena.  If such objection is made, the records need not be produced except upon order of the Court.

**Instead of appearing at the time and place listed above, it is sufficient compliance with this subpoena if a custodian of the business records delivers by mail or otherwise a true and correct copy of all the records described above and mails a copy of the attached affidavit to Greg A. Drumright at Martin, Pringle, Oliver, Wallace & Bauer, L.L.P, 645 E. Douglas Avenue, Suite 100, Wichita, Kansas, 67202, within 14 days after the receipt of this subpoena.**

The copy of the records shall be separately enclosed in a sealed envelope or wrapper on which the title and number of the action, name and address of the witness, and the date of this

subpoena are clearly inscribed. If return of the copy is desired, the words "return requested" must be inscribed clearly on the sealed envelope or wrapper. The sealed envelope or wrapper shall be delivered to Greg A. Drumright, 645 E. Douglas Avenue, Suite 100, Wichita, Kansas, 67202.

The records described in this subpoena shall be accompanied by the affidavit of a custodian of the records, a form for which is attached to this subpoena.

**If the business has none of the records described in this subpoena, or only part thereof, the affidavit shall so state, and the custodian shall send only those records of which the custodian has custody.** When more than one person has knowledge of the facts required to be stated in the affidavit, more than one affidavit may be made.

The reasonable cost of copying the records may be demanded of the party causing this subpoena to be issued. If the costs are demanded, the records need not be produced until the costs of copying are advanced.

The copy of the records will not be returned unless requested by the witness.

                                      CLERK OF THE UNITED STATE DISTRICT COURT
                                      FOR THE DISTRICT OF KANSAS

                                      _____
                                      Deputy Clerk

Submitted by:

MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.

s/ Greg A. Drumright
Greg A. Drumright, #20743
Samuel P. Heaney, #26399
645 E. Douglas, Suite 100
Wichita, Kansas 67202
Telephone: (316) 265-9311
Facsimile:  (316) 265-2955
gadrumright@martinpringle.com
spheaney@martinpringle.com
*Attorneys for Plaintiff*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRIANGLE INSURANCE COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:21-cv-1190-JWB-ADM |
| ) | |
| SKYLAND GRAIN, LLC, ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS**

I, _____, being first duly sworn, on oath, depose and say that:

I am a duly authorized custodian of the records of Total Crop Care, LLC and have the authority to certify those records.

The copy of the records attached to this affidavit is a true copy of the records described in the subpoena.

The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

_____
Signature of Custodian

Subscribed and sworn to me this _____ day of _____, 2022.

_____
My appointment expires:            Notary Public

5

## **CERTIFICATE OF MAILING**

  I hereby certify that on the _____ day of _____, 2022, I mailed a copy of the above affidavit to:

  Greg A. Drumright
  Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.
  645 E. Douglas Avenue, Suite 100
  Wichita, KS 67202

by depositing it with the United States Postal Service for delivery with postage paid.


                _____
                Signature of Custodian


  Subscribed and sworn to me this _____ day of _____, 2022.


                _____
                Notary Public

My appointment expires:

_____