KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS 67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| TRIANGLE INSURANCE COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:21-CV-1190-JWB-ADM |
| ) | |
| SKYLAND GRAIN, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**FINAL UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Skyland Grain, LLC ("Skyland") hereby moves the Court for an order extending the current deadline to respond to Plaintiff's motion for summary judgment. In support of this Motion, Skyland states and alleges as follows:

1. Plaintiff filed its motion for summary judgment on or about April 28, 2022. Skyland's response is currently due by June 9, 2022.

2. Trial in this matter is not set until January 17, 2023, and this requested extension will not delay the trial setting. This is Skyland's second and final request for an extension of time to respond.

3. Counsel for Skyland has been dealing with an unusually heavy workload as well as several matters of a personal nature which have taken him away from the office and kept him from focusing on this case. Specifically, counsel's mother has recently been diagnosed with stage three breast cancer and is undergoing treatment. Further, counsel has had many other

personal obligations and issues to deal with as well which are of a very stressful nature.

4. The parties have conferred and counsel for the Plaintiff have no objection to final extension for Skyland to respond to the motion for summary judgment.

5. Skyland therefore requests that the Court grant it a final extension of an additional twenty-one days to respond to Plaintiff's motion for summary judgment, beyond the current due date of June 9, 2022.

WHEREFORE, Skyland respectfully requests that the Court enter an Order as requested above and such other relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

/s/ Chris J. Kellogg
Chris J. Kellogg        #21651
KENNEDY BERKLEY
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674
ckellogg@kenberk.com
ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I, Chris J. Kellogg, hereby certify that on the 8th day of June 2022, I electronically filed the forgoing Final Unopposed Motion for Extension of Time with the Clerk of the Court by using the electronic system which will send notice of filing to the following:

> Greg A. Drumright
> Samuel P. Heaney
> MARTIN, PRINGLE, OLIVER
>   WALLACE & BAUER, LLP
> 645 E. Douglas, Suite 100
> Wichita, KS 67202
> Telephone (316) 265-9311
> Facsimile (316) 265-2955
> gadrumright@martinpringle.com
> spheaney@martinpringle.com

/s/ Chris J. Kellogg
Chris J. Kellogg