# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

**TRIANGLE INSURANCE**
  **COMPANY, INC.,**

       **Plaintiff,**

v.                                        Case No: 21-1190-JWB

**SKYLAND GRAIN, LLC,**

       **Defendant,**

## JUDGMENT IN A CIVIL CASE

☐      Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒      Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed October 24, 2022, Plaintiff's motion for summary judgment (Doc. 31) is GRANTED.

| | |
|---|---|
|   October 24, 2022 | SKYLER B. O'HARA |
| Date | CLERK OF THE DISTRICT COURT |
| | by:   s/ Joyce Roach |
| | Deputy Clerk |